# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Shane Crider
Plaintiff

v.                                                                21-CV-2199

                                                            Civil Action No.

1625 Mockingbird Ltd.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Matthew B. Sapp, Sapp & Sturgill PLLC

provides the following information:

     For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Matthew B. Sapp, Sapp & Sturgill PLLC

Kenneth M. Sturgill, Sapp & Sturgill PLLC


     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***


| | |
|---|---|
| J. Luke Sanderson<br>208 Adams Ave.<br>Memphis, TN 38103 | B.J. Wade<br>208 Adams Ave.<br>Memphis, TN 38103 |

DATE: 9/15/2021  
Signature: /s/ Matthew Sapp  
Print Name: Matthew Sapp  
Bar Number: 24075016  
Address: 209 2nd Street #245  
City, State, Zip: Fort Worth, TX 76102  
Telephone: 469-381-6833  
Fax: N/A  
E-Mail: matt@sappsturgill.com  

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons